**8/30/14- Elisabeth's Original Meeting w/ Nicolle**

When Elisabeth entered ███████ room, the lights were out. Elisabeth stated that ████████ began the alleged rape by grabbing Elisabeth's hand and kissing her neck. Elisabeth states that █████ told her he was drunk. She believes he was drinking and smoked weed. Elisabeth does not want █████ living near her. Her fear is others knowing what occurred.

**8/30/14- ████████ Original Meeting w/ Nicolle**

████████████ stated that he had ████████████, AIC student, in his room since 9:00 pm. Nicolle Cestero told ████ ███ that AIC had text messages proving this was not true. █████ then stated he texted Elisabeth Doherty to come to his room. She came. One thing led to another and they began having sex. He stated he put on a condom before they began having sex. While they were having intercourse, During intercourse, █████ asked one of his roomates to turn off the bathroom light. ██████roomate entered the suite. On follow up █████ said that a girl expecting to come to see █████ that night was knocking on the door. This is when the roomate entered the suite area and answered the door. At that point, Elisabeth stated she didn't want to have sex with █████anymore, he stopped and she left the room. ██████ stated she was upset and did not want anyone knowing she was there, so he went to the hallway to ensure no one was in it before she left. ██████ states he has two daughters and would never force a female into having sex. We asked █████ if Elisabeth said no to him. ██████responded that after the roomate entered the room, she said no and then he stopped. She was upset at that point (on a scale of 1-10, she was a 6/7. She said she wanted to go and █████ responded okay. ██████ states that he is aware that Elisabeth has a boyfriend, but that she has had sex with others despite having a boyfriend. When asked how he knows this, he responded that both Elisabeth has told him that before as well as the other person she had sex with.█████ states that Elisabeth was drinking. █████ states he drank, but was not drunk and that he did not do any drugs. ██████was trespassed from campus and was told to have no contact with Elisabeth and that he was to have no retaliation against her for this complaint.

CONFIDENTIAL