UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELISABETH DOHERTY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 1:17−CV−10161 |
| | * | |
| AMERICAN INTERNATIONAL COLLEGE | * | |
| | * | |
| | * | |
| Defendant. | * | |

**APPENDIX OF EXHIBITS
TO DEFENDANT'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Deposition of Elisabeth Doherty - Redacted

Exhibit 2    Defendant's Answers to Interrogatories

Exhibit 3    2012-2013 Student Handbook Policies

Exhibit 4    2013-2014 Student Handbook Policies

Exhibit 5    2014-2015 Student Handbook Policies

Exhibit 6    Affidavit of Nicolle Cestero with Exhibits A-O:

    Exhibit A – 2011 Title IX Training
    Exhibit B – 2011/2012 United Educators Advisories
    Exhibit C – 2013 Title IX Training
    Exhibit D – 2014 Title IX Training
    Exhibit E – 2013-2014 Title IX Training
    Exhibit F – 2014 United Educators Guide Preventing Student Assault
    Exhibit G – 2015 Title IX  AIC/Paper Clip Communications Title IX Brochure
    Exhibit H – 2015 AIC VAWA Brochure
    Exhibit I  – 2014 Student SaVE Act Training
    Exhibit J – 2014 -2015 AIC Statement on Drug and Alcohol Use
    Exhibit K – Residence Life Pamphlet
    Exhibit L – 2014-2015 Clery Reports
    Exhibit M –  8/30/14 Verbal Statements - Redacted
    Exhibit N – 9/1/14 Phone Record - Redacted
    Exhibit O – 9/19/14 Title IX Training

Exhibit 7    Deposition of Matthew Scott - Redacted

| | | |
|---|---|---|
| Exhibit 8 | Investigation Report - Redacted | |
| Exhibit 9 | Doherty's Written Statement - Redacted | |
| Exhibit 10 | JK Statement - Redacted | |
| Exhibit 11 | EM Statement - Redacted | |
| Exhibit 12 | SD Statement - Redacted | |
| Exhibit 13 | Campus Police Report - Redacted | |
| Exhibit 14 | Title IX Victims' Rights form | |
| Exhibit 15 | Sexual Misconduct Reference Guide | |
| Exhibit 16 | Text Messages - Redacted | |
| Exhibit 17 | O'Shaughnessy Emails – 9/4/14 | |
| Exhibit 18 | No Contact Order - 9/5/14 - Redacted | |
| Exhibit 19 | Campus Police Incident Report – 9/8/14 - Redacted | |
| Exhibit 20 | Emails – 9/8/14 & 9/9/14 - Redacted | |
| Exhibit 21 | Email – 9/9/14 - Redacted | |
| Exhibit 22 | Updated No Contact Order – 9/11/14 - Redacted | |
| Exhibit 23 | Deposition of Bruce Johnson - Redacted | |
| Exhibit 24 | Email and Letter Regarding Hearing – 10/21/14 | |
| Exhibit 25 | Title IX Procedures | |
| Exhibit 26 | Emails – 10/22/14 - Redacted | |
| Exhibit 27 | Transcript of the 10/27/14 Board Hearing | |
| Exhibit 28 | Hearing Board Decision Letter – 10/28/14 - Redacted | |
| Exhibit 29 | Doherty Appeal | |
| Exhibit 30 | Appeal Decision Letter - Redacted | |
| Exhibit 31 | Request to Withdraw | |
| Exhibit 32 | Leave of Absence Emails | |

Exhibit 33     Approval of Request for Leave of Absence

> Respectfully Submitted,
>
> AMERICAN INTERNATIONAL COLLEGE
> By Its Attorneys,
>
> */s/ Ariel G. Sullivan*
> Ariel G. Sullivan (BBO #673343)
> AiVi Nguyen (BBO #675319)
> Chelsie Vokes (BBO #699010)
> BOWDITCH & DEWEY, LLP
> 200 Crossing Boulevard, Suite 300
> Framingham, MA 01702
> Telephone:  508-926-3651
> Facsimile:   508-929-3189
> asullivan@bowditch.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 5th day of July, 2018.

> */s/ Ariel G. Sullivan*
> Ariel G. Sullivan