UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELISABETH DOHERTY, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL COLLEGE, <br><br> Defendant. | * <br> * <br> * <br> * <br> * Civil Action No. 17-cv-10161-IT <br> * <br> * <br> * <br> * <br> * |

JUDGMENT

April 4, 2019

TALWANI, D.J.

Pursuant to the court's Memorandum and Order issued on March 31, 2019, ALLOWING Defendant American International College's Motion for Summary Judgment [#41], the court hereby enters judgment against Plaintiff Elisabeth Doherty and in favor of American International College as to all claims asserted in the Complaint [#1].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge